IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JUN 29 202[?]
CLERK, U.S. DISTRICT CO[...]
NORTHERN DISTRICT OF [...]
TOLEDO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | 3:22 CR 350 |
| ) | JUDGE ZOUHARY |
| v. ) | CASE NO. MAG. JUDGE CLAY |
| ) | Title 18, United States Code, |
| KENNETH DWIGHT KIRK, ) | Sections 922(g)(1) and |
| ) | 924(a)(2) |
| Defendant. ) | |

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

On or about March 12, 2022, in the Northern District of Ohio, Western Division, Defendant KENNETH DWIGHT KIRK, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Aggravated Assault, on or about December 14, 1998, in Case Number CR-98-02556; and Theft of a Motor Vehicle, on or about December 2, 1999, in Case Number CR-99-02784, both in the Lucas County Court of Common Pleas, knowingly possessed in and affecting interstate commerce a firearm and ammunition, to wit: a Ruger .45 caliber ACP handgun, bearing serial number 671-32154, and eight rounds of .45 caliber ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is

ORIGINAL

incorporated herein by reference. As a result of the foregoing offense, Defendant KENNETH DWIGHT KIRK shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1; including, but not limited to, a Ruger .45 caliber ACP handgun, bearing serial number 671-32154, and eight rounds of .45 caliber ammunition, seized on March 12, 2022.

                                                A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.